IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Sworn in on April 29, 2005

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. :** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **PELES FRANCISCO,** | : | **VIOLATIONS:** |
| aka Aldebaran Rodriguez Guzman, | : | |
| aka Pinguino, | : | 18 U.S.C. § 922(g)(2) |
| | : | **(Possession of a Firearm by a Fugitive from** |
| Defendant. | : | **Justice)** |
| | : | |
| | : | 18 U.S.C. § 922(g)(5)(A) |
| | : | **(Possession of a Firearm by an Illegal Alien**) |
| | : | |
| | : | |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about August 2, 2005, within the District of Columbia, defendant **PELES FRANCISCO**, aka Aldebaran Rodriguez Guzman, aka Pinguino, a fugitive from justice, did knowingly possess a firearm in and affecting commerce and receive a firearm which had been shipped and transported in interstate and foreign commerce, after a warrant for the arrest of **PELES FRANCISCO**, aka Aldebaran Rodriguez Guzman, aka Pinguino**,** had been issued by the Superior Court of the District of Columbia, on or about December 3, 2001, in Misdemeanor Case No. M-8358-01, because the defendant had failed to appear for a court proceeding.

(**Unlawful Possession of a Firearm by a Fugitive from Justice**, in violation of Title 18, United States Code, Section 922(g)(2)).

## COUNT TWO

On or about August 2, 2005, within the District of Columbia, defendant **PELES FRANCISCO**, aka Aldebaran Rodriguez Guzman, aka Pinguino, an alien and citizen of Mexico, did knowingly possess a firearm in and affecting commerce and receive a firearm which had been shipped and transported in interstate and foreign commerce, while **PELES FRANCISCO**, aka Aldebaran Rodriguez Guzman, aka Pinguino, was illegally and unlawfully present in the United States.

(**Unlawful Possession of a Firearm by an Illegal Alien**, in violation of Title 18, United States Code, Section 922(g)(5)(A))

A TRUE BILL


FOREPERSON


Attorney of the United States in
and for the District of Columbia