**WARRANT FOR ARREST**  CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**PELES FRANCISCO,**<br>aka Aldebaran Rodriguez Guzman,<br>aka Pinguino<br><br>DOB: ___   PDID: ___ | DOCKET NO: **05-287** | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>**PELES FRANCISCO,**<br>aka Aldebaran Rodriguez Guzman,<br>aka Pinguino<br><br>FILED | |
| WARRANT ISSUED ON THE BASIS OF:<br>**Indictment** | DISTRICT OF ARREST | AUG 1 0 2005<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Possession of a Firearm by a Fugitive from Justice

Possession of a Firearm by an Illegal Alien

**IN VIOLATION OF:**  UNITED STATES CODE TITLE & SECTION:

18 U.S.C. § 922(g)(2)

18 U.S.C. § 922(g)(5)(A)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: **ALAN KAY, U.S. MAGISTRATE JUDGE** | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED: |
| CLERK OF COURT:<br>**Nancy Mayer-Whittington** | BY DEPUTY CLERK: [signature] | DATE:<br>AUG 03 2005 |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>8/10/05<br>DATE EXECUTED<br>8/10/05 | NAME AND TITLE OF ARRESTING OFFICER<br>D. Walker, DUSM | SIGNATURE OF ARRESTING OFFICER<br>[signature] |