IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :   Criminal No. 05-287 (HHK)

v.                           :

PELES FRANCISCO             :

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully requests that the Court dismiss, without prejudice, the indictment in U.S. v. Peles Francisco, 05-287. This request is being made because, on September 22, 2005, the defendant was one of several codefendants charged in a superseding indictment in U.S. v. Jose Luis Contreras-Macedas, et. al, 05-246, a case that is pending before Judge Collyer.

                                Respectfully submitted,

                                KENNETH L. WAINSTEIN
                                United States Attorney
                                D.C. Bar Number 451058

By: _____
Frederick Yette, DC Bar # 385391
Assistant U.S. Attorney
Transnational/Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-1666
Frederick.Yette@usdoj.gov