IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-287 (HHK) |
| v. | : | |
| PELES FRANCISCO | : | |

### ORDER

Upon consideration of the government's motion to dismiss the indictment in the instant case, and for good cause shown, it is this _____ day of September, 2005,

ORDERED, that the indictment against Peles Francisco, in Criminal Case No. 05-287, is hereby dismissed, without prejudice.

                                                            _____
                                                            HENRY H. KENNEDY, JR.
                                                            United States District Court Judge

Copies to:

Brian McDaniel, Esq.
1211 Connecticut Ave., NW
Washington, DC  20036

Frederick Yette
U.S. Attorney's Office, Rm. 11-806