IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-287 (HHK) |
| v. | : | |
| PELES FRANCISCO | : | **FILED** |
| | ORDER | SEP 2 6 2005 |
| | | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

Upon consideration of the government's motion to dismiss the indictment in the instant case, and for good cause shown, it is this 26th day of September, 2005,

ORDERED, that the indictment against Peles Francisco, in Criminal Case No. 05-287, is hereby dismissed, without prejudice.

/s/ Henry Kennedy
HENRY H. KENNEDY, JR.
United States District Court Judge

Copies to:

Brian McDaniel, Esq.
1211 Connecticut Ave., NW
Washington, DC 20036

Frederick Yette
U.S. Attorney's Office, Rm. 11-806

